FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

AUG 0 9 2022

TAMMY H. DOWNS, CLERK
By:_____
                DEP CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

FELTON WENDELL MASON                                              PLAINTIFF

v.                          No. 4:20-cv-01387-JTR

KILOLO KIJAKAZI, Acting Commissioner
Social Security Administration                                    DEFENDANT

# ORDER

Before the Court is Plaintiff Felton Wendell Mason's Motion for Attorney's Fees Pursuant to the Equal Access to Justice Act ("EAJA"). *Doc. 14*. The Motion is unopposed. *Doc. 16*.

Plaintiff's attorney, Donald Pullen, requests a total award of **$7,238.94** (which sum includes 2.54 attorney hours incurred in 2020, 29.54 attorney hours incurred in 2021, and 3.0 attorney hours incurred in 2022).

The Court concludes that Plaintiff is entitled to an award of attorney's fees under the EAJA and that the requested sum is reasonable.

IT IS THEREFORE ORDERED that Plaintiff's Motion for Attorney's Fees pursuant to the EAJA (*Doc. 14*) is GRANTED.

Plaintiff is awarded **$7,238.94** in fees and expenses under the EAJA.[1]

---

[1] Consistent with the Commissioner's usual procedure in light of *Astrue v. Ratliff*, 560 U.S. 586 (2010), the check awarding EAJA fees should be made payable to Plaintiff but mailed to the Plaintiff in care of Plaintiff's attorney at the attorney's office.

SO ORDERED, this 9th day of August, 2022.

_____
UNITED STATES MAGISTRATE JUDGE